# INITIAL CONFERENCE QUESTIONNAIRE

1. Deadline for all Rule 26(a)(1) disclosures (if later than the date of the initial conference, please explain why on a separate page):     1/18/13

2. Deadline for first request for production of documents and first request for interrogatories:     1/31/13

2(a). Additional interrogatories needed, if any, beyond the 25 permitted under the federal rules for:     plaintiff(s) ____ ; defendant(s) ____

3. Date for completion of any joinder of additional parties and amendment of the pleadings:     3/29/13

3(a). Number of proposed additional parties to be joined, if any, by:     plaintiff(s) ____ ; defendant(s) ____

4. Number of depositions by plaintiff(s) of:     parties ____ ; non-parties ____

5. Number of depositions by defendant(s) of:     parties ____ ; non-parties ____

Depositions to be taken as permitted by FRCP

6. Date of status conference (joint status report due two business days in advance):     _____

7. Date for completion of factual discovery:     6/28/13

8. Are expert witnesses needed? To be determined.     Yes ____ No ____

8(a). Number of expert witnesses, if any, of plaintiff(s):     medical ____ ; non-medical ____

8(b). Date for completion of those expert reports:     _____

8(c). Number of expert witnesses, if any, of defendant(s):     medical ____ ; non-medical ____

8(d). Date for completion of those expert reports:     _____

9. Date for completion of expert discovery:     _____

10. Date of pretrial conference (brief *ex parte* statements of settlement position due via fax two business days in advance):     _____

11. Types of contemplated dispositive motions by plaintiff(s) <u>and</u> dates for filing of those motions:  motion for summary judgment

12. Types of contemplated dispositive motions by defendant(s) <u>and</u> dates for filing of those motions:

13. Have counsel reached any agreements regarding electronic discovery? (If so, please describe at the initial conference.)  Yes ___  No _X_

14. Have counsel reached any agreements for disclosure of experts' work papers (including drafts) and communications with experts? (If so, please describe on a separate page.)  Yes ___  No _X_

15. Will the parties unanimously consent to trial before a magistrate judge pursuant to 28 U.S.C. §636(c)? (If any party declines to consent, answer no but do <u>not</u> indicate which party declined.)  Yes ___  No ___